# COHEN, FRANKEL & RUGGIERO, LLP
### ATTORNEYS AT LAW
20 VESEY STREET, SUITE 1200
NEW YORK, NEW YORK 10007
(212) 732-0002 • FAX (212) 293-7224

MARK I. COHEN
PETER M. FRANKEL
LOUIS J. RUGGIERO
MINA KENNEDY
GILLIAN M. FEEHAN*

*ADMITTED IN NJ AND PENDING ADMISSION IN NY

35-07 90TH STREET
JACKSON HEIGHTS, NEW YORK 11372
(718) 898-4900 • FAX (718) 898-0093
PLEASE DO NOT REPLY TO THIS OFFICE

September 2, 2022

**VIA ECF**
The Honorable Alvin K. Hellerstein
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> The request is granted. The conference scheduled for September 7, 2022 is adjourned, and time is excluded in the interest of justice, to September 29, 2022, at 11:00 a.m.
>
> SO ORDERED.
>
> /s/ Alvin K. Hellerstein
> September 2, 2022

Re:  *United States v. Migelanje Infante*
     22 Cr. 442 (AKH)

Dear Judge Hellerstein:

Please recall that I represent Mr. Migelanje Infante in his defense of the above-referenced matter. Mr. Infante is scheduled to appear before Your Honor on September 7, 2022 at 10:30 a.m. for a status conference. Since the time that the status conference was scheduled, the parties have reached a plea agreement in the instant matter; however, because I had previously planned to be out of the office from August 22, 2022 through September 1, 2022, I have not yet had an opportunity to meet with Mr. Infante and prepare him for the anticipated change of plea hearing. To accommodate both the defense's request and the Government's schedule, the defense respectfully requests that the Court adjourn the September 7, 2022 court appearance and schedule an anticipated change of plea hearing for the week of September 26, 2022, or a date convenient to the Court thereafter. This is the defense's first adjournment request in this matter. I have conferred with A.U.S.A. Mitzi Steiner, and the Government has no objection to this request.

The defense has no objection to the exclusion of time under the Speedy Trial Act. Thank you for your consideration.

Respectfully submitted,

Mark I. Cohen, Esq.

MIC/gmf

Cc:  A.U.S.A. Mitzi Steiner (via ECF)
     A.U.S.A. David Robles (via ECF)